HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY BALDWIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMERON J. FLEURY AND KATHRYN J. NELSON,,<br><br>        Defendants. | No. 11-5119RBL<br><br>ORDER TO SHOW CAUSE |

    This matter is before the court on its own Motion. Plaintiff filed a complaint alleging that his Constitutional rights were violated by his ex-wife's attorney in their dissolution action, and by the Washington State Superior Court Judge presiding over that action. He asserts claims under 42 U.S.C. §1983. [Dkt. #1]

    Plaintiff apparently claims that this Court has jurisdiction because he has asserted Federal Constitutional issues. It is true that 28 U.S.C. § 1331 provides that the district court has jurisdiction over claims arising under the U.S. Constitution or other federal laws.

    But to the extent Plaintiff requests this Court to review a decision of the state court, this Court has no jurisdiction to review such a decision. *See Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 415-16 (1923); *Dist. of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 486-87 (1983). A district court must give full faith and credit to state court judgments, even if the state court erred by refusing to consider a party's federal claims. *See Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280, 293, 125 S.Ct. 1517 (2005).

ORDER - 1

If Plaintiff presents some independent federal claim that does not require review of the state court decision, then jurisdiction may be present. *Id.* at 293. If, however, Plaintiff seeks review in federal court for the injury caused by the state court decision, (in other words, if he claims that the state court judgment violates his constitutional rights), then this Court does not have jurisdiction over that claim. *See Feldman,* 460 U.S. at 486-87.

The Plaintiff is therefore ORDERED to SHOW CAUSE in WRITING within 10 days of the date of this Order why his Complaint [Dkt. #1] should not be dismissed for lack of jurisdiction as described above. Failure to respond will result in the dismissal of the action without further notice.

**IT IS SO ORDERED.**

Dated this 10th day of February 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE